UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| Carl Dukes & Hartzell Hayes,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   FILE NO. 1:04-cv-00047-WLS<br>)<br>)<br>) |

### ORDER OF DISMISSAL

The Plaintiffs, Carl Dukes and Hartzell Hayes, and the Defendant, Merck & Co., Inc., having informed the Court that they have settled the case, have jointly moved to dismiss the above-captioned matter with prejudice, with each party to bear its own costs. The Clerk of the Court will please enter this dismissal with prejudice on the record and the docket as of the date hereof.

IT IS SO ORDERED, this 13th day of June, 2007.

_____
HONORABLE W. Louis Sands
United States District Judge